# UNITED STATES DISTRICT COURT
Western District of Wisconsin

| | |
|---|---|
| **DONALD WILBERT DAVIS II,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 09-cv-002-bbc |
| **ROBERT SPODEN, Sheriff,** Rock County, | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust his state court remedies.

PETER A. OPPENEER
_____
Peter A. Oppeneer, Clerk

Connie A. Korth
by Deputy Clerk

1/6/09
_____
Date